**BAUTE CROCHETIERE HARTLEY & VELKEI LLP**
MARK D. BAUTE (State Bar No. 127329)
mbaute@bautelaw.com
COURTNEY A PALKO (State Bar No. 233822)
cpalko@bautelaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Defendant
WORLD SERVICE WEST/LA
INFLIGHT SERVICE COMPANY, LLC

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE CALIFORNIA SERVICE EMPLOYEES HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>WORLD SERVICE WEST/LA INFLIGHT SERVICE COMPANY LLC,<br><br>Defendant. | Case No. 4:19-cv-05737-HSG<br><br>Complaint Filed: September 12, 2019<br><br>**JOINT STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT UNDER FRCP 55(c); ORDER**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2 |

290604.2

Case No. 4:19-cv-05737-HSG

**JOINT STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT UNDER FRCP 55(c)**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant World Service West/LA Inflight Service Company, LLC ("Defendant") and Plaintiff The Board of Trustees, in their capacities as Trustees of The California Service Employees Health and Welfare Trust Fund ("Plaintiff") (jointly referred to herein as the "Parties"), by and through their counsel of record, hereby stipulate as follows:

1. On September 12, 2019, Plaintiff filed its Complaint in this matter. ECF #1, 3.

2. On November 6, 2019, Plaintiff filed a motion for entry of default (ECF #12), which the clerk entered on November 8, 2019 (ECF #13).

3. On November 12, 2019, counsel for Defendant contacted Plaintiff's counsel in an effort to seek relief from default without consuming the Court's time with a formal motion and in order to limit the time, money, and resources expended to set aside the default.

4. The Parties hereby stipulate and agree that good cause exists to set aside the clerk's entry of default (ECF #13) under Rule 55(c) of the Federal Rules of Civil Procedure.

5. The Parties further stipulate and agree that Defendant will file a responsive pleading in this action on or before November 27, 2019.

**IT IS SO STIPULATED.**

BAUTE CROCHETIERE HARTLEY & VELKEI LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

DATED: November 14, 2019    BAUTE CROCHETIERE HARTLEY & VELKEI LLP

By:    /s/ Courtney A. Palko
MARK D. BAUTE
COURTNEY A. PALKO
Attorneys for Attorneys for Defendant
WORLD SERVICE WEST/LA INFLIGHT SERVICE COMPANY, LLC

DATED: November 14, 2019    WEINBERG, ROGER & ROSENFELD

By:    /s/ Tracy L. Mainguy
CONCEPCION E. LOZANO-BATISTA
TRACY L. MAINGUY
Attorneys for Attorneys for Plaintiff
THE BOARD OF TRUSTEES, in their capacities as Trustees of THE CALIFORNIA SERVICE EMPLOYEES HEALTH AND WELFARE TRUST FUND

BAUTE CROCHETIERE HARTLEY & VELKEI LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE CALIFORNIA SERVICE EMPLOYEES HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>WORLD SERVICE WEST/LA INFLIGHT SERVICE COMPANY LLC,<br><br>Defendant. | Case No. 4:19-cv-05737-HSG<br><br>Complaint Filed: September 12, 2019<br><br>**ORDER VACATING CLERK'S ENTRY OF DEFAULT UNDER FRCP 55(c)**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2 |

290607.1

Case No. 4:19-cv-05737-HSG

**ORDER VACATING CLERK'S ENTRY OF DEFAULT UNDER FRCP 55(c)**

# ORDER

The Court, having considered the Parties' Joint Stipulation to Set Aside Clerk's Entry of Default under Rule 55(c) of the Federal Rules of Civil Procedure, and finding good cause therefor, hereby orders as follows:

1. The clerk's entry of default on November 8, 2019 (ECF #13) is vacated under Rule 55(c) of the Federal Rules of Civil Procedure.

2. The deadline for Defendant to file a response to the Complaint is November 27, 2019.

**IT IS SO ORDERED.**

DATED: 11/15/2019

_____
Hon. Haywood S. Gilliam, Jr.
JUDGE OF THE UNITED STATES DISTRICT COURT