# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CALIFORNIA SERVICE EMPLOYEES HEALTH AND WELFARE TRUST FUND,<br><br>　　　　　　　　　Plaintiff(s)<br>v.<br>WORLD SERVICE WEST/ LA INFLIGHT SERVICE COMPANY, LLC,<br>　　　　　　　　　Defendant(s) | CASE No: 4:19-cv-05737 HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: within 90 to 120 days

Date: 10/20/2020

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: 10/20/2020

　　　　　　　　　　　　　　　　　　　/s/ Courtney A. Palko
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

---

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:　　　　　　　　　　　　　　　　　Haywood S. Gilliam Jr.
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT ~~MAGISTRATE~~ JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019