CONCHITA E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
1375 55th Street
Emeryville, CA 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  clozano@unioncounsel.net
              kzinnen@unioncounsel.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CALIFORNIA SERVICE EMPLOYEES HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>WORLD SERVICE WEST/LA INFLIGHT SERVICE COMPANY, LLC<br><br>Defendant. | No. 4:19-cv-05737 HSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER  [F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>Judge:     Haywood S. Gilliam, Jr. |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, CA 94608
(510) 337-1001

1
STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER
Case No. 4:19-cv-05737 HSG

The parties hereto, through their respective counsel, have agreed to a settlement of this matter and hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-referenced matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted:

Dated:  April 14, 2021

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:  */s/ Conchita E. Lozano-Batista*
Conchita E. Lozano-Batista
Attorneys for Plaintiff

Dated: April 14, 2021

BAUTE CROCHETIERE HARTLEY & VELKEI LLP

*/s/ Courtney A. Palko*
Courtney A. Palko

Attorneys for Defendant WORLD SERVICE WEST/LA INFLIGHT SERVICE COMPANY, LLC

## ORDER

The parties have resolved this matter and agreed that the above-captioned be dismissed in its entirety with prejudice.  IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice pursuant to the parties' Stipulation.

**IT IS SO ORDERED.**

Dated:  4/15/2021

The Honorable Haywood S. Gilliam, Jr
UNITED STATES DISTRICT JUDGE

147750\1161714